UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re  )
BERRY, ANGELA L  ) Case No. __07-30061 tmb__
  )
  ) LIST OF NAMES AND POST
  ) OFFICE ADDRESSES FOR
  ) UNCLAIMED FUNDS
Debtor(s)  )

BANKRUPTCY COURT
DISTRICT OF OREGON
2009 AUG 24 AM 8:56
LODGED___ REC'D___
PAID___ DOCKETED___
235. #297964

I, the undersigned case trustee, certify that:

1. The final disbursement to creditors has been completed.

2. All final disbursement checks payable in this case have been cashed except that checks issued to the entities listed below have been stopped for payment because they have either been returned as undeliverable or 90 days have passed since issuance.

3. I verify the address used for mailing to each entity matches the most recent address in the court files for that entity, and I made all other reasonable attempts to deliver each check.

4. A check for the total of all such unclaimed funds listed below in the amount of $____$235.73____ is attached hereto, payable to the Clerk of the U.S. Bankruptcy Court, for deposit in the U.S. Treasury.

5. The following is a list of the names of, and mailing address used for, the entities entitled to the following sums:

| CLAIM NO. | NAME/ADDRESS | DIVIDEND |
|---|---|---|
| 00003 | Paycheck Advance<br>11940 SW Pacific Hwy, STE E<br>Portland OR 97223 | $133.41 |
| 00013 | DBA/Continental Loans<br>SFC-Central Bkcy & Recovery Dept<br>652 Bush River Rd #206<br>Columbia SC 29210 | $102.32 |

TOTAL: ____$235.73____

DATE:_____

_____
Trustee

390 (8/1/99)

Case 07-30061-tmb7    Doc 29    Filed 08/24/09

# MICHAEL A. GRASSMUECK, INC.
Trustee, Receiver, Consulting and Fiduciary Insolvency Services

BANKRUPTCY COURT
DISTRICT OF OREGON
2009 AUG 24 AM 8: 55
LODGED_____REC'D_____
PAID_____DOCKETED_____

8/21/09

US Bankruptcy Court
District of Oregon
1001 SW 5th Avenue, Suite 700
Portland, OR 97204

To Whom It May Concern:

Please find enclosed the remitted funds checks for the following case:

Berry, Angela L.  07-30061
$253.73

Sincerely,

Neysa A. Gudger

Michael A. Grassmueck, Inc.
PO BOX 5248
Portland, OR 97208

P.O. Box 5248, Portland, Oregon 97208-5248    Phone 503.294.9928    Fax 503.294.7961    Email magi@magitrustee.com